**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division**

Candice Truett

                                Plaintiff,

v.                                             Case No.: 1:17−cv−06834
                                                   Honorable Charles R. Norgle Sr.

Pinkerton Consulting & Investigations, Inc.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 29, 2018:

        MINUTE entry before the Honorable Charles R. Norgle: Case dismissed with prejudice, with each party to bear its own costs and attorneys' fees [26]. The Status heairng set for April 3, 2017 is stricken. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.